United States District
Court House
District of Connecticut

Brown Christopher

V.

Warden Hannah

Case no 11 _____

SCANNED at
and Emailed
1-20-22 by U 27 pages
date     initials   No.

Jan 14, 2022

## Complaint
### Deliberate Indifference to Safety Needs & 8 Amendment Cruel & Unusual Punishment

1) Plaintiff Christopher Brown brings this action pursuant to 42 usc and 1983 and 12101 et. seq. and Rule 15 (a) of the Fed rules of civil proc. because defendants was deliberately indifferent to the plaintiff's safety needs and subjecting him to unsafe living conditions that led to the plaintiff's suffering a head injury. Throughout this complaint each defendant acted under color of state law and is sued in his/or her individual capacities.

### Parties

2) Christopher Brown (Plaintiff) is an inmate in the custody of the Department of Corrections whom is now currently at Cheshire C.I.

3) Defendant, Warden Hannah was the warden at Garner C.I. at the time of this incident raised here in this complaint.

## Jurisdiction And Venue

4) This court has jurisdiction and subject matter over this action pursuant to 28 § 1331 because this action arises under constitution and laws of the united states and pursuant to 28 USC § 1343 (a)(3) and (4) because this action seeks to recover damages and to redress the deprivation of constitutional rights under color of state law.

## Statement of Facts

5) The plaintiff has been classified by the (DOC) as a "Seriously mentally ill" inmate.

6) Upon information and belief, plaintiff has been diagnosed with several mental disorders including post traumatic stress disorder, borderline personality disorder, and social personality disorder among other things.

7) While being housed at Garner C.I. the plaintiff was subjected and forced to live in an unsafe cell. In unsafe housing conditions that led to the plaintiffs suffering of a head injury.

8) The plaintiff was housed on 3-9-2021 in cell 127 of Green[...] C[...], and above the plaintiff's cell more to the side is shower stalls. Due to the pandemic and outbreak the prisoners including the plaintiff was on 23½ hours lockdown daily, and the half hour we did receive was 90% percent of the unit showering.

9) Moreover, due to all that showering daily the third shower stall would flood tremendously and then pour into my cell through the cracks in the ceiling where it would leave puddles of water on the floor.

10) Per rules and regulations, any time a prisoner enters a cell, he is to report any deficiencies with the cell such as broken lights, clogged or broken toilets, any and all contraband and etc. He is to report it immediately to the block officer whom intern reports it by logging it in the book and making a work order known.

11) Furthermore, months prior to the incident when the plaintiff first noticed the crack in the ceiling from the flooding and where the water was coming from. did infact report it to the C/O on duty that night by the name of officer Patrazza whom then allowed me to mop the water up and stated to me that she would put in a work order and log it in the book also.

3

11) some weeks after that there was another major leak where the plaintiff nearly slipped and fell by the toilet so the plaintiff alerted the C/O on duty that day by the name of Francheski whom viewed this leak, evaluated the situation and then made note of it by logging it in the book and placing a work order in and then allowing plaintiff to mop it up.

12) Once all of this occurred and the plaintiff seen this as a major concern plaintiff then proceeded to follow the chain of command in order to fix the situation because no Maintenance was bothering to come out at very least seal the cracks, and no answers was being given to my request so the plaintiff then filed a level (1) grievance (see evidence pg 1 confidential) where plaintiff tried to address matter through written grievance.

13) Moreover, the warden then responded with a ~~Ridiculous~~ answer that plaintiff knew had no merit because plaintiff on both occasions, by C/O Francheski and Petruzza witnessed them log the incident in the book. Defendants response was just a mere attempt to escape the responsibilities of having to agree with a prisoner and uphold a grievance that has to due with deficiencies with her facility, and spend the necessary funds it would have taken to fix the shower stalls and the actual ceiling and wall attached to the facility

14) If defendant cared in anyway for the safety and well being of its prisoners and the ~~stress~~ Plaintiff, at the very least if defendant claimed there was "no work order issued" once defendants learned there was a possible safety issue where some one could of ~~been~~ hurt then defendant could have easily, and would have immediately had the work order done, or had some one come and look at the situation and see just how serious in might have been to prevent any incidents.

15) After the response by the warden, plaintiff then proceeded to a level (2) grievance to rectify the situation (see attached evidence pg 2 level 2/3 grievance) where the (DOC) and its colleagues failure to protect each other when recognizing failures or wrongs on their part and then tries to cover for them in giving calculated or some times uncalculated responses to deny a grievance when one is clearly right.

16) Your honor, the level (2) responder stated that warden Hannah's response was appropriate, and that the appropriate steps were taken to remedy the issue. Plaintiff will show that defendant's response was far from appropriate and no steps were taken to remedy the issue.

17) Moreover, prior to January 7, 2021 the plaintiff had two encounters with two different staff about the leaking cell. Then on Jan 7, 2021 the plaintiff had to file a grievance to make the situation right. On 3-1-2021 the defendant responded which means defendant was well aware of the problem before 3-1-2021 and before the actual incident occurred on 3-9-2021, but did nothing to remedy the "issue".

18) Furthermore your honor, the defendants is charged with the maintaining of the living conditions and the safety of all his prisoners housed in its facility and should have if acting under, moved the plaintiff from that cell, put that cell on lock lock until the problem was screened and fixed to prevent any unsafe living conditions or accidents.

19) These would have been appropriate steps but here the level 2/3 responder (code of his/se her's response 4-19-2021 (see evidence pg 2) well after the incident made reference to appropriate response given and appropriate actions being taken. An unrebutted response to make after the incident happened when no steps were taken to fix the problem at all.

20) Now your honor on 3-9-2021 the plaintiff was resting in his cell with the lights out when he heard LT. Major approaching and got up to address the daily run schedule for the day and slipped on a puddle of water that was located by the door and near the toilet.

21) The plaintiff slipped and fell forward busting his front right tooth nail on the edge of the door seal suffering a minor concussion along with a knot on the plaintiffs forehead.

22) Moreover the plaintiff was then seen by Nurse Michelle Britton where a medical incident report was done (see attached evidence pg 3 & 4 written and produced by Nurse Britton.

23) Now your honor on 3-9-2021 LT. Major when the incident occurred real (% Francheski) the % when the plaintiff first reported this to take Jan 7, 2021 filed his report and take pictures of the puddle of water and the area along with a picture of plaintiffs head (see attached evidence pg1 thru5) Photographs 1, 2, 3, 4, and 5 of Francheski report.

24) Furthermore, Lt. Major then did his report (incident) where he highlighted and pointed out the events of that night which led up to the incident (see attached evidence) incident report pg 10

25) Finally your honor the whole incident was summed up by the shift commander and workers, the shift commander Matias whom reviewed the whole incident and stated his findings where plaintiff suffered a mild head injury, stamped his signature of chain of command (see attached evidence, Incident Report pg ● 11 and 12

26) Because the defendants have subjected the plaintiff to unsafe living conditions that led to the plaintiff suffering a head injury and was deliberately indifferent to his safety needs this complaint is now presented to the courts.

## Prayer   For   Relief

27) Where Fore; plaintiff respectfully prays that this court enter judgement granting plaintiff;

28) A declaration that the acts and omissions described herein violated plaintiffs rights under the constitution and laws of the united states.

29) Compensatory damages in the amount of 10,000 against defend

30) Punitive damages in the amount of 5,000 against defendent

31) A Jury trial on all issues triable by jury.

7

32) Plaintiffs cost for the filing and pursuit of this suit.

33) Any additional relief this court deems just, proper, and equitable.

January 17, 2022
Respectfully Submitted.
Christopher Brown. 284612
Christopher Brown

## Verification

34) I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those I believe them to be true, I certify under penalty of perjury that the foregoing is true and correct.

January 17, 2022 284612
Christopher Brown
Christopher Brown

5

United States District
Courthouse
Of Connecticut

19 of 19

Brown

V.

Warden Hannah

Declaration of
Dexter L. Murray

Dexter L. Murray hereby declare; That I have been Incarcerated Since 6-23-09 and on The night Of 3-9-21 where Christopher Brown had an accident Resided at Garner C.I. In cell ___ To the Best Of my knowledge and Information, Mr. Brown Excluding others was Complaining About The Third shower Stall Because It was ~~consistency consistency~~ Consistently Flooding and It would Flood so bad That The water would overflow very Bad onto The 1st Floor Tier and, I guess Leak Into his Cell.

On march 4, 2021 I saw Mr. Brown Come out Of his Cell, And water Appear To Be Looking woozy with a Knot on his head... I Also was Able To see Some Of The water Coming From his cell...

"I Declare Under penalty Of perjury That The Foregoing Is True and correct, Executed On Cheshire C.I. On   1/18/21

D.Murray

2 of 19

| **CONFIDENTIAL**<br>(FOR OFFICIAL USE ONLY) | Inmate name: Christopher Brown |
|---|---|
| | Inmate number: 284612   Housing: E-127 |

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I received no answer to my request so this grievances now follows;

I wrote seeking to have my ceiling and the structure fixed completely along with the 3rd shower stall. It fludes and massive water seeps through the wall. I'm tired of complaining about the situation; do your jobs! I wrote you and other officials about this, and you and your staff have failed to respond and remedy the situation.

Remedy Requested: that you get the shower stall fixed and the structure of my ceiling fixed. If you are the warden of this building; then please act like it and address the matters presented to you.

Inmate signature: [signature]          Date: 1-7-2021

- For all remedies except health services, deposit this form in the **Administrative Remedies box.**
- For a health services issue, deposit this form in the **Health Services box.**

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: 13L-21-087 | T#: |
|---|---|---|

| Disposition: Denied | Date of Disposition: 3/1/21 |
|---|---|

Reason:

No work was submitted pertaining to this issue. Please write and/or speak to the Unit Manager Capt. Gordils

| ☐ You have exhausted DOC's Administrative Remedies. | ☑ This matter may be appealed to: L L |
|---|---|
| Signature: WARDEN<br>A. NANAH | Date: 03-01-21 P 02:40 |



# Inmate Grievance Appeal Form - Levels 2/3
## Connecticut Department of Correction

CN 9604
REV 1/31/09

| Inmate name: Christopher Brown | Inmate number: 284612 |
|---|---|

| Facility/Unit: Garner C.I. | Housing unit: E-127 | Date: 3-5-2021 |
|---|---|---|

| IGP number: 136-21-087 | T number: |
|---|---|

Use this form to appeal a Level 1 decision. CN 9602, Inmate Administrative Remedy Form and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the "Administrative Remedies" box.

### Appeal of Level 1 Decision to Level 2

I am appealing the Level 1 decision because:

Two work orders were placed in by C/o Franceschi and C/o Pestrozza. When a prisoner enters a cell, he is held accountable for the contents in that cell and/or any broken fixtures. He is to alert the staff immediately. This grievant did so and they placed work orders in as they said. The ceiling has a crack in it from the constant flooding and the cell floods because the top shower floods and leaks through the ceiling creating a hazardous and unsafe living condition. I've almost slipped and hurt myself numerous of times. I emely still request [1-1]

| Inmate signature: Christopher Brown | Date: 3-5-2021 |
|---|---|

### FOR OFFICIAL USE ONLY - LEVEL 2 REVIEW

| Date received: 03/16/21 | Disposition: *Denied* | Date of disposition:*04/19/21* |
|---|---|---|

Reasons:
> *You are appealing a level one grievance (136-21-087) regarding physical conditions at Garner C.I. The response given by Warden Hannah was appropriate. All appropriate steps have been taken to remedy the issue. If at any time you notice a hazardous condition, please notify a staff member immediately as so it can be addressed in a timely manner. Your level 2 appeal is denied.*

Level 2 reviewer:

| ☐ | This grievance may be appealed within 5 days to Level 3. |
|---|---|
| ☑ | You have exhausted the Department's Administrative Remedies. Appeal to Level 3 will not be answered. |

### Appeal of Level 2 Decision to Level 3

I am appealing the Level 2 decision because:

| Inmate signature: | Date: |
|---|---|

### Deposit your appeal in the "Administrative Remedies" box.

### FOR OFFICIAL USE ONLY - LEVEL 3 REVIEW

| Date received: | Disposition: | Date of disposition: |
|---|---|---|

Reasons:

Level 3 reviewer:

*3 o C 13*

**Garner Correctional Institution**
Medical Incident Report

*March 9, 2021*
*Page 1*

**CHRISTOPHER BROWN**   INMATE ID #: 00284612   36 Years Old
DOB: 08/03/1984 Race: Black or African American   Gender: Male
LOC: 136 E 127   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ...

03/09/2021 - Medical Incident Report: Medical Incident Report
Provider: ███████ Britton RN
Location of Care: Garner Correctional Institution

**Encounter Context**
Facility at time of evaluation: Garner Correctional Institution
Age at Time: 36 Years Old

**Medical Incident Report**

CN-6606
REV 10/01/18
Time of Incident:  10:15 PM          *3/9/2021*
Incident report submitted: _____          Report number: _CCT-2021-03-022_
Medical Staff Name: ███████ Britton

Treatment location:  Housing Unit
Injury description:  Officer called this writer and reported inmate slipped in his cell on some precipitation in his cell and hit his head.
Assessment:  Speech is clear, and logical, Alert and oriented x 4. States he did not lose conscionceness or black out. States some nausea and photosensitivity. Pupils round, and reactive to light and sensitivity. x 2. Denies vomiting. Gait steady. Refusing to go to the infirmary for overnight observation. Vitals within normal range.
Treatment administered:  Ice given to an approx 2 inch raised area to right side of his forehead. Refusing to go to the infirmary for overnight observation.
Required follow-up:  Monitor and follow up with vitals in the am.
Observation/Remarks:  States he will let the officer know if he feels dizzy or vomits.

Chemical Agent Review Prior to Planned Use of Force

The offender's health record was reviewed prior to planned use of force.  There were no contraindications noted regarding or precluding the use of chemical agents such as history of cardiac or respiratory condition, eye condition under active treatment, or documented prior severe and unexpected reaction to chemical agents.

Known contraindications based on review of health record? N/A

**Placement after treatment:  Other:**

**Specify:**  Refusing overnight observation in the infirmary.

Patient Signature _[signature]_  Date _3-9-2021_   *11:30pm*

Medical Staff Signature: ███████
Signature _[signature]_  Date _11 25 pm_

**Garner Correctional Institution**
Medical Incident Report

**CHRISTOPHER BROWN**   INMATE ID #: 00284612   36 Years Old
DOB: 08/03/1984 Race: Black or African American   Gender: Male
LOC: 136 E 127   Med Score: 2 Sub Score: .....   MH Score: 3 Sub Score: ....

*Custody Supervisor Signature:* _____  3/9/2021

                                       **Signature**                              **Date**

Electronically signed by ▮▮▮▮▮▮ Britton RN on 03/09/2021 at 11:19 PM

5 of 19

# Incident Report – Supplemental
## Connecticut Department of Correction

CN 6605
REV 10/01/18

| Report Number: *(handwritten)* | Page 1 of 4 |
|---|---|

☒ Facility/Unit:  Garner C. I.                    ☐ Parole Office/Unit:

Date of Incident:  03/09/2021            Time of Incident: *(handwritten)*   ☐ am  ☒ pm

Incident Location: Echo Unit cell 127

Prepared By:  Franceschi, ▮▮▮▮            Title:   Correction Officer

**Narrative:**

On Tuesday March 9, 2021 at approximately 11:00 PM, I, Correction Officer Franceschi assigned as the Program Rover on the 4x12 shift. This officer photographed 3 images of inmate Brown Christopher #284612 wet floor in Echo Unit cell 127 and 1 photo of said inmates forehead no further action was taken End of report

Reporting Employee Name (Print): Franceschi ▮▮▮▮            Title:  Correction officer

Signature:  *(signature)*

Report Date:  03/09/2021            Report Time: 11:11            ☐ am  ☒ pm

Type of Report:            ☒ Individual            ☐ Supervisor Summary

6 of 13

 **Photograph Evidence**
**Connecticut Department of Correction**

CN 6904
REV 01/03/17

☒ Facility/Unit: Garner C.I. | ☐ Parole Office:

| Incident Report Number (if applicable): GCI-2021-03-022 | Photo Number: 1   Of   4 |

Inmate Name: Brown, Christopher | Inmate Number: 284612

Staff member taking photograph: C/O Franceschi

Brief Description of the photograph: Water in Echo Unit cell 127

INSERT one (1) Photograph below:

Supervisor Name: **LT Major** | Date: **3/10/2021**

Supervisor Signature:

17 of 19

 **Photograph Evidence**
Connecticut Department of Correction

CN 6904
REV 01/03/17

| ☒ Facility/Unit: Garner C.I. | ☐ Parole Office: |
|---|---|
| Incident Report Number (if applicable): GCI-2021-03-022 | Photo Number:<br>2   Of   4 |
| Inmate Name: Brown, Christopher | Inmate Number: 284612 |

Staff member taking photograph: C/O Franceschi

Brief Description of the photograph: Water in Echo Unit cell 127

INSERT one (1) Photograph below:



| Supervisor Name: LT Major | Date: 3/10/2021 |
|---|---|
| Supervisor Signature: | |

8 of 13



# Photograph Evidence
## Connecticut Department of Correction

CN 6904
REV 01/03/17

| ☒ Facility/Unit: Garner C.I. | ☐ Parole Office: |
|---|---|
| Incident Report Number (if applicable): GCI-2021-03-022 | Photo Number: 3 Of 4 |
| Inmate Name: Brown, Christopher | Inmate Number: 284612 |

Staff member taking photograph: C/O Franceschi

Brief Description of the photograph: Water in Echo Unit cell 127

INSERT one (1) Photograph below:



| Supervisor Name: LT Major | Date: 3/10/2021 |
|---|---|
| Supervisor Signature: | |





# Photograph Evidence
## Connecticut Department of Correction

CN 6904
REV 01/03/17

☒ Facility/Unit: Garner C.I.

☐ Parole Office:

Incident Report Number (if applicable):
GCI-2021-03-022

Photo Number:

4    Of    4

Inmate Name: Brown, Christopher

Inmate Number: 284612

Staff member taking photograph: C/O Franceschi

Brief Description of the photograph: Inmate Injury

INSERT one (1) Photograph below:



Supervisor Name: LT Major

Date: 3/10/2021

Supervisor Signature:

10 of 13

# Incident Report
## Connecticut Department of Correction

CN 6604
REV 10/01/18

☒ Facility/Unit: Garner Correctional Institution          ☐ Parole Office/Unit:

Date: 3/9/2021          Time: 10:16          ☐ am ☒ pm          Report Number: GCI-2021-03-022

Incident Class: ☐ 1 ☐ 2 ☒ 3          Type: L          Incident Location: Echo Unit Cell 127

Prepared By: Major,                                        Title: Lieutenant

| | Inmate Name (Last & First) | ID Number | Race | Housing | Status | | Staff Name (Last & First) | Race | Title | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Brown, Christopher | 284612 | B | E-127 | S | 1. | Major, | | LT | RPE |
| | | | | | | 2. | Franceschi, | | C/O | RSE |
| 2. | | | | | | 3. | Britton, | | RN | RSE |
| | | | | | | 4. | | | | |
| 3. | | | | | | 5. | | | | |
| | | | | | | 6. | | | | |
| 4. | | | | | | 7. | | | | |
| | | | | | | 8. | | | | |
| 5. | | | | | | 9. | | | | |
| | | | | | | 10. | | | | |
| 6. | | | | | | 11. | | | | |
| | | | | | | 12. | | | | |
| 7. | | | | | | 13. | | | | |
| | | | | | | 14. | | | | |

Status Codes: V (Victim), S (Suspect), RPE (Reporting Employee), IW (Inmate Witness), EW (Employee Witness), RSE (Responding Employee), RS (Responding Supervisor)

Race Codes: A (Asian), B (Black), H (Hispanic), N (Native American), W (White), O (Other)

Narrative:
   On March 9, 2021, I, Lieutenant [blacked out] Major was assigned as a shift supervisor for the (4pm-12am) shift. During a routine tour of echo unit as I approached Echo unit cell 127 which housed inmate Brown, Christopher #284612 he had stated that when he was approaching the cell door to address this writer he had slipped and hit his head on the cell wall and was requesting medical. He also stated the reason why he slipped was due to the top tier showers were overflowing and leaking into his cell. The cell floor did have water. Inmate Brown was alert and stated that he did not lose consciousness at any point. I then contacted Medical Staff to notify of the incident. RN [blacked out] Britton evaluated and treated Inmate Brown (See Attached Medical Incident Report). This writer then directed Officer [blacked out] Franceschi to take three digital images of the cell and one of inmate Brown's injury. Once complete inmate Brown returned to Echo unit cell 127 with no further incident.
   The Digital images that Officer Franceschi took were downloaded to a DVD for preservation. It was assigned an evidence number (GCI-VP-21-236) and retained in the safe with proper documentation. The [blacked out] associated with this incident was assigned and evidence number (GCI-VP-21-237) was reviewed labeled and retained in the safe with proper documentation. A work order was submitted to address the issue of the water leaking into echo unit cell 127 (Work Order #282052). No staff injuries to report in conjunction to this incident.

Reporting Employee Signature: Major,                                        Title: Lieutenant

Report Date: 3/10/2021          Report Time: 8:00          ☐ am ☒ pm



# Shift Commander Overview and Notification Sheet
## Connecticut Department of Correction

CN 6602
REV 10/01/18

| Report Number: GCI-2021-03-022 | Page | | of | 2 |
|---|---|---|---|---|

☒ Facility/Unit: Garner Correctional Institution       ☐ Parole Office/Unit

| Date: 3-09-2021 | Time: 10:16 | ☐ am | ☒ pm | Incident Class: | ☐ 1. | ☐ 2. | ☒ 3. | Type: J |
|---|---|---|---|---|---|---|---|---|

Incident Location: Echo 127 cell

| Prepared By: Matias, ▮ L | Title: Cpt. |
|---|---|

## Overview and Summary (Utilize CN 6605, Incident Report Supplemental for addition information)

**Shift Commander's Review:**

I Cpt. Matias, ▮ L read and reviewed Incident report GCI-2021-03-022 to properly review the said incident for accuracy and deficiencies.

**Incident Overview:**

On March 9, 2021 at 10:16 while on tour Lt. Major, ▮ in Echo Unit I/M Brown, Christopher 284612 (E-127) reported that he slipped and fell banging his head on the way down. The I/M was then evaluated by facility medical staff, and the I/M returned to his cell where he was secured without further incident.

Let it be noted that the I/M did sustain a minor hematoma on his upper right forehead, photo is attached to this incident report package.

## Notifications

| | Date: | Time: | | |
|---|---|---|---|---|
| Duty Officer: | Date: | Time: | ☐ am | ☐ pm |
| Unit Administrator: | Date: | Time: | ☐ am | ☐ pm |
| District Administrator: | Date: | Time: | ☐ am | ☐ pm |
| Deputy Commissioner: | Date: | Time: | ☐ am | ☐ pm |
| Commissioner: | Date: | Time: | ☐ am | ☐ pm |
| Regional Chief Operating Officer: | Date: | Time: | ☐ am | ☐ pm |
| Central Office: | Date: | Time: | ☐ am | ☐ pm |
| Outside Agency: | Date: | Time: | ☐ am | ☐ pm |
| Police/Fire: | Date: | Time: | ☐ am | ☐ pm |
| Public Information Officer: | Date: | Time: | ☐ am | ☐ pm |
| CISRP Coordinator: | Date: | Time: | ☐ am | ☐ pm |

## Shift Commander Signature

| Supervisor Name (Print): Matias, ▮ L | Title: Cpt. |
|---|---|
| Signature: ▮ *Matias* | Date: 7-29-2021 |

12 of 13

# Shift Commander Overview and Notification Sheet
## Connecticut Department of Correction

CN 6602
REV 10/01/18

| Report Number: GCI-2021-03-022 | | Page | | of | 2 |

☒ Facility/Unit: Garner Correctional Institution          ☐ Parole Office/Unit

Date: 3-09-2021 | Time: 10:16 | ☐ am ☒ pm | Incident Class: ☐ 1. ☐ 2. ▉

Incident Location: Echo 127 cell

Prepared By: Matias, ▉ L          Title: Cpt.

## Follow-Up

| | | | |
|---|---|---|---|
| If applicable, was verbal intervention successful? | ☒ Yes | ☐ No | ☐ N/A |
| Did this incident involve an inmate(s) whose age is between 18-25 year old? | ☐ Yes | ☒ No | ☐ N/A |
| Did this incident involve a potential privacy breach of an inmate(s) protected health information? | ☐ Yes | ☒ No | ☐ N/A |

Property damage: ☐ yes ☒ no   - Description:            Value $:

Contraband recovered: ☐ yes ☒ no   - Description:

Physical force used: ☐ yes ☒ no   Chemical agents used: ☐ yes ☒ no   Restraints used: ☐ yes ☒ no

Assigned to:
☐ Administrative Detention   ☒ Medical   ☐ Staggered Observation
☐ Protective Custody   ☐ Outside hospital:
☐ Other:

## Criminal Prosecution

| | | |
|---|---|---|
| If a staff member was assaulted during the incident, is criminal prosecution requested? | ☐ YES | ☐ NO |
| Did an inmate request to pursue criminal charges against another inmate? | ☐ YES | ☐ NO |

Connecticut State Police investigation number:

## Administrator Review of Supervisor Summary/Overview

Deputy Warden: Incident report reviewed. No foul play suspected regarding this incident. Inmate was assessed and treated by on-site staff and then returned to his original housing location. Maintenance was notified to look into the showers to see if they are draining correctly. Unit tier men were advised to make sure they mop the floors regularly by the showers. There is nothing further required regarding this report.

Signature: ▉ Snyder          Title: Deputy Warden          Date: 8/2/2021

Unit Administrator: IR reviewed

Signature: ▉ Washington          Title: Warden          Date: 8/3/2021

Central Office:

Signature:          Title:          Date: